UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60115-CR-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MOSES BRYANT HOPE, JR.,

      Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States for entry of a preliminary order of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendant, Moses Bryant Hope, Jr., hereinafter referred to as "defendant"):

    1.    On October 17, 2008, defendant Moses Bryant Hope, Jr., ("defendant") pled guilty to Count One of the superseding information, which charged defendant with possession with the intent to distribute five grams or more of crack cocaine, a violation of Title 21, United States Code, Sections 841(a)(1).

    2.    The forfeiture allegations in the superseding information filed with this Court on September 3, 2008, (D.E.#32) included a forfeiture provision for $14,125.00 as property derived from proceeds which the defendant obtained, directly or indirectly, as the result of such violations, and/or any property which the defendant used or intended to use, in any manner or part, to commit or to facilitate the commission of such violations.

    3.    In his plea agreement, defendant agreed, at page 4, paragraph 9, to the forfeiture of

all rights, title and interest in $14,125.00 in United States currency seized from the defendant on April 17, 2008.

Therefore, in consideration of the Plea Agreement between the defendant and the United States, and upon motion of the United States and for good cause shown thereby, it is hereby

**ORDERED and ADJUDGED** that:

1. The $14,125.00 in United States Currency seized from defendant is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 853 and Rule 32.2 (b)(2).

2. The United States Marshals Service or any duly authorized law enforcement official, may seize and take custody of the property identified herein above as forfeited under this order pursuant to Title 21, United States Code, Section 853.

3. Pursuant to 21 U.S.C. § 853(n)(1) and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, the United States forthwith shall publish notice of this order on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days. The United States shall state in the notice that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4. The United States may provide, to the extent practicable, direct written notice to any

person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

5. The United States is further authorized, pursuant to Title 21, United States Code, Section 853(k) and Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property.

It is further ORDERED that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n)(7) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to Title 21, United States Code, Section 853(n)(7), this Order shall be deemed a final order of forfeiture, and the United States Marshals Service, or any duly authorized law enforcement official, may dispose of the property forfeited hereunder according to law.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Florida this __16th__ day of December, 2008.

_____
HONORABLE WILLIAM J. ZLOCH
United States District Judge

cc:   AUSA Roger W. Powell (2 certified copies)
      AUSA Julia J. Vaglienti
      Joseph W. Gibson, Jr., Esq.